**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERNAL ALSTON,** | : | **CIVIL ACTION NO. 1:06-CV-1629** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **LAWRENCE F. MURRAY**, et al., | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 18th day of September, 2006, upon consideration of

plaintiff's letter (Doc. 7), in which he indicates that the complaint filed to this civil

action number was intended to be his amended complaint in civil action 1:06-CV-

1437, not a new action, it is hereby ORDERED that:

1.  The Clerk of Court is directed to VACATE the thirty-day
    administrative order (Doc. 6) and to CLOSE this case.

2.  The Clerk of Court is further directed to make the following docketing
    adjustments:

    A.  DOCKET the document found at docket entry "1" as an
        amended complaint in civil action 1:06-CV-1437.

    B.  DOCKET the memorandum of law and exhibits, found at docket
        entries "2" and "3" respectively, into civil action 1:06-CV-1437.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge